ALBERT GOLDSTEIN et al., Respondents, *v.* FIDELITY AND GUARANTY INSURANCE CORPORATION, Appellant.

Submitted April 10, 1950; decided May 18, 1950.

*Simon Greenhill* for motion.

*Charles Ballon, Mortimer B. Wolf* and *Jacob M. Usadi* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.